CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKB

MAR 15 2010

JOHN F. CORCORAN, CLERK
BY: H McDona
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID JAMES CUDWORTH, ) | | Civil Action No. 7:09-cv-00373 |
| Petitioner, ) | | |
| ) | | |
| v. ) | | ORDER |
| ) | | |
| DIRECTOR, DEPARTMENT OF ) | | By: Hon. Jackson L. Kiser |
| CORRECTIONS, et al., ) | | Senior United States District Judge |
| Respondents. ) | | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to stay is **DENIED**; respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; petitioner's motion for an injunction is **DENIED**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner and counsel of record for the respondent.

ENTER: This 15th day of March, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge